IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-021-KDB-DCK

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| KAITLYN B. STEPHENS, ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by John M. Sperati, concerning Ryan H. Voss, on February 23, 2022. Ryan H. Voss seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Ryan H. Voss is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: February 24, 2022

David C. Keesler
United States Magistrate Judge